# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Antonio Glover | ) Case No: 1:01CR48-4 |
| | ) USM No: 16836-058 |
| Date of Previous Judgment: 7/19/07 | ) Stanford K. Clontz |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __124__ months **is reduced to** __100 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 33 | | Amended Offense Level: 31 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 235 to 293 months | | Amended Guideline Range: 188 to 235 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain): The defendant was originally sentenced to 160 months confinement on 6/25/02. On 7/19/07, pursuant to Rule 35, he was re-sentenced to 124 months confinement.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __7/19/07__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 30, 2008

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge